**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-7611**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOHN AUSTIN EDWARDS, a/k/a Shakim, a/k/a Doquan Cooper,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca B. Smith, District Judge. (CR-94-163, CA-98-225-2)

---

Submitted: January 7, 1999          Decided: January 20, 1999

---

Before WIDENER, MURNAGHAN, and ERVIN, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

John Austin Edwards, Appellant Pro Se. Laura P. Tayman, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Austin Edwards seeks to appeal the district court's order denying his motions filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998), and for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Edwards, Nos. CR-94-163; CA-98-225-2 (E.D. Va. Sept. 9, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED